UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MT. HAWLEY INSURANCE CO.,

    Plaintiff,

v.                                       Case No.: 2:20-cv-94-FtM-38NPM

MEL'S DINER OFFICE, LLC, KAREZI, INC.,
TEREZI INVESTMENTS, LLC, and The
Gathering at Golden Gate, LLC,

    Defendants.
_____/

## ORDER[1]

This matter comes before the Court on review of the file. This case involves questions of law or fact common to those in *Mt. Hawley Ins. Co. v. Mel's Diner Office, LLC, et al.l,* No. 2:20-cv-92-FtM-29NPM, pending before Senior United States District Judge John E. Steele. With Judge Steele's consent, the undersigned thus transfers the case to him for all further proceedings. *See* M.D. Fla. L. R. 1.04(b).

Accordingly, it is **ORDERED**:

The Clerk is **DIRECTED** to reassign the above-captioned case to Senior United States District Judge John E. Steele.

**DONE** and **ORDERED** in Fort Myers, Florida this 26th day of March 2020.

                                                    SHERI POLSTER CHAPPELL
                                                    UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.